UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SOTO REYES, A-098-230-533, | No. 2:26-cv-01393-DC-CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| WARDEN OF THE GOLDEN STATE DETENTION FACILITY, | |
| Respondent. | |

Proceeding without counsel, petitioner Carlos Soto Reyes filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for temporary restraining order challenging his detention during immigration proceedings. (ECF Nos. 1, 2.) The district court judge assigned to this case granted a temporary restraining order requiring that petitioner be provided with a bond hearing before an immigration judge and referred this case to the undersigned for further proceedings. (ECF No. 8.) The minute order granting the temporary restraining order was served to petitioner's address of record on April 30, 2026, and was returned undelivered by the postal service on May 12, 2026.

On May 11, 2026, respondent filed a motion to dismiss this action, providing evidence that petitioner was released from custody pursuant to the immigration judge's order at the bond hearing. (ECF Nos. 9, 9-1.) Respondent further indicates petitioner has been lawfully admitted for permanent residence pursuant to an adjustment of status (ECF No. 9-2) and represents that the

1

Department of Homeland Security no longer seeks to remove petitioner or detain him during removal. (ECF No. 9 at 2.)

Petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than 30 days have passed since the court order was returned by the postal service and petitioner has failed to notify the court of a current address.

Accordingly, IT IS RECOMMENDED as follows:

1. This action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

2. Respondent's motion to dismiss (ECF No. 9) be denied as moot.

3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14)days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 reye1393.133a

2